No. 94–9014. YORK v. UNITED STATES; and

No. 94–9045. YORK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 47 F. 3d 425.

No. 94–9018. MCNEIL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–9019. LEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–9020. COCHRAN v. DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 4th Cir. Certiorari denied. 

No. 94–9021. BAKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–9023. GRAVES v. UNITED STATES; and

No. 94–9046. CARLOS TORRES v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 45 F. 3d 1423.

No. 94–9025. REECE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–9026. STARLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–9032. CHAPMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–9033. SHORTER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 94–9034. RANDLE v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 94–9035. GAMBOA RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–9037. COLON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 94–9039. CROSBY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.